IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PAMELA J. RAPP, as Personal
Representative of the Estate of
David B. Rapp, deceased**                                                                               **PLAINTIFF**

v.                                    Case No. 3:15-cv-00302 KGB

**TOP LINE LOGISTICS, INC.**                                                                            **DEFENDANT**

## ORDER

Before the Court is a stipulation of dismissal (Dkt. No. 8). The stipulation states that the parties hereby agree that this case has settled and that the action should be dismissed with prejudice. Based on the stipulation, the Court dismisses with prejudice this action. As this case has settled, it is removed from the trial calendar for the week of September 19, 2016.

SO ORDERED this 12th day of January, 2016.

_____
Kristine G. Baker
United States District Judge